IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AESC INSURANCE GROUP OF NEW MEXIO,

    Plaintiff,

v.                                                 CV 12-0017 SMV/CG

ASPEN INSURANCE UK, LTD.*,*

    Defendant.

### ORDER GRANTING MOTION FOR EXTENSION OF TIME

**THIS MATTER** comes before the Court on Defendant's *Unopposed Motion for Extension of Time to File Defendant's Responsive Pleading*. (Doc. 3). Defendant seeks to extend the deadline to respond to Plaintiff's complaint until February 15, 2012. (*Id.*). The Court, having considered the motion, noting that it is unopposed, and otherwise being fully advised in the premises, **FINDS** the motion to be well-taken.

**IT IS THEREFORE ORDERED** that Defendant's *Unopposed Motion for Extension of Time to File Defendant's Responsive Pleading*, (Doc. 3), be **GRANTED**. Defendant shall file its answer no later than February 15, 2012.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE