IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AESC INSURANCE GROUP OF NEW
MEXICO, a New Mexico unincorporated
association,

    Plaintiff,

v.                                  No.  2:12-cv-00017 SMV/CG

ASPEN INSURANCE UK LIMITED,
an alien insurer

    Defendant.

**STIPULATED ORDER EXTENDING PAGE LIMITS ON EXHIBITS PURSUANT TO THE AGREEMENT OF THE PARTIES IN COMPLIANCE WITH D.N.M.LR-CIV. 10.5**

To:    UNITED STATES DISTRICT COURT
        FOR THE DISTRICT OF NEW MEXICO

IT IS HEREBY STIPULATED between the parties, by their respective counsel, that Defendant Aspen Insurance UK Limited should be permitted to exceed the maximum page limits on exhibits as set forth by D.N.M.LR-Civ. 10.5 with respect to its exhibits to its Memorandum of Points and Authorities in Support of Motion of Aspen Insurance UK Limited to Compel Arbitration or, in the Alternative, to Dismiss AESC's Third and Fourth Causes of Action (each sounding in bad faith), and AESC's Fifth and Sixth Causes of Action (each alleging violations of the Unfair Practices Act).

IT IS SO STIPULATED AND ORDERED.

                                                  _____
                                                  STEPHAN M. VIDMAR
                                                  United States Magistrate Judge

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

By      */s/ James C. Wilkey*
        Terry R. Guebert
        James C. Wilkey
        P.O. Box 93880
        Albuquerque, NM 87199-3880
        Tel: (505) 823-2300
        **tguebert@guebertlaw.com**
        **jwilkey@guebertlaw.com**

        -and-

        Andrew G. Wanger
        W. Andrew Miller
        Clyde & Co. US LLP
        101 Second St., 24th Floor
        San Francisco, CA 94105-3672
        (415) 365-9800
        **andrew.wanger@clydeco.us**
        **andy.miller@clydeco.us**

        *Attorneys for Defendant Aspen Insurance UK Limited*

APPROVED AS TO FORM BY:

By      *Approved telephonically on 2/15/12*
        Paul E. Houston, Esq.
        Suzanne C. Odom, Esq.
        Montgomery & Andrews, P.A.
        P.O. Box 2307
        Sante Fe, NM 87504-2307
        (505) 986-2659
        **phouston@montand.com**
        **sco@montand.com**
        *Attorneys for Plaintiff*

F:\Consent\12-0017 SMV-CG AESC Stip Order Extending Page Limit 2012-03-01.wpd\brw