IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AESC-NM INSURANCE GROUP OF NEW
MEXICO, a New Mexico unincorporated association,

      Plaintiff,

v.                                             No. 2:12-cv-00017 SMV/CG

ASPEN INSURANCE UK, LTD,
an alien insurer,

      Defendant.

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO ASPEN INSURANCE UK LIMITED'S FEBRUARY 29, 2012 MOTION**

      THIS MATTER comes before this Court on Plaintiff's Unopposed Motion for Extension of Time to Respond to Aspen Insurance UK Limited's February 29, 2012 Motion. The Court, having reviewed Plaintiff's motion, having noted the consent of Defendant, and being otherwise fully advised in the premises, finds that Plaintiff's Motion is well taken and should be granted.

      IT IS THEREFORE ORDERED that AESC-NM Insurance Group of New Mexico shall have until Wednesday, March 28, 2012 to file its response to the Motion of Aspen Insurance UK Limited to Compel Arbitration or, in the Alternative, to Dismiss AESC-NM's Third and Fourth Causes of Action (each sounding in bad faith) and AESC-NM's Fifth and Sixth Causes of Action (each alleging violations of the Unfair Practices Act).

      SO ORDERED.

_____

STEPHAN M. VIDMAR

United States Magistrate Judge

SUBMITTED BY:

 MONTGOMERY & ANDREWS, P.A.

*/s/ Paul E. Houston*
Paul E. Houston
Suzanne C. Odom
Attorneys for Plaintiff
P. O. Box 2307
Santa Fe, New Mexico 87504
( 5 0 5 )    9 8 6 - 2 6 5 9
phouston@montand.com
sco@montand.com

APPROVED BY:

GUEBERT BRUCKNER P.C.

Approved via email on 3/13/12   Terry R. Guebert, Esq.  James C. Wilkey, Esq. Attorneys for Defendants P.O. Box 93880  Albuquerque, NM 87199-3880