IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**AESC INSURANCE GROUP OF NEW MEXICO,**
a New Mexico Unincorporated association,

      Plaintiff,

v.                                                       No. 12-cv-0017 SMV/CEG

**ASPEN INSURANCE UK, LTD.,**
an alien insurer

      Defendant.

## STIPULATED ORDER GRANTING DEFENDANT AN EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF MOTION OF ASPEN INSURANCE UK LIMITED TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS AESC'S THIRD AND FOURTH CAUSES OF ACTION (EACH SOUNDING IN BAD FAITH), AND AESC'S FIFTH AND SIXTH CAUSES OF ACTION (EACH ALLEGING VIOLATION OF THE UNFAIR PRACTICES ACT)

THIS MATTER having come before the Court upon an Unopposed Motion for Extension of Time to File Reply [Doc. 24] filed by the Defendant, and the Court having read the pleadings and being fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant is granted an extension until April 11, 2012 to file its Reply in Support of Motion of Aspen Insurance UK Limited to Compel Arbitration or, in the Alternative, to Dismiss AESC's Third and Fourth Causes of Action (each sounding in bad faith), and AESC's Fifth and Sixth Causes of Action (each alleging violation of the Unfair Practices Act) [Doc. 12].

2

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

_____
Terry R. Guebert
James C. Wilkey
P.O. Box 93880
Albuquerque, NM 87199-3880
Tel:  (505) 823-2300
tguebert@guebertlaw.com
jwilkey@guebertlaw.com
*Attorneys for Defendant*
*Aspen Insurance UK Limited*

-and-

CLYDE & CO US LLP

_____
Andrew G. Wanger
W. Andrew Miller
Clyde & Co. US LLP
101 Second St., 24th Floor
San Francisco, CA 94105-3672
(415) 365-9800
andrew.wanger@clydeco.us
andy.miller@clydeco.us
*Attorneys for Defendant*
*Aspen Insurance UK Limited*

2

APPROVED AS TO FORM BY:

MONTGOMERY & ANDREWS, P.A.

_____*/s/ Telephonically Approved 3/29/2012*_____
Paul E. Houston, Esq.
Suzanne C. Odom, Esq.
P.O. Box 2307
Sante Fe, NM 87504
(505) 243-5566
*Attorneys for Plaintiff*
*AESC Insurance Group of New Mexico*

F:\Clients\5590.043\Pleadings\2012.03.28.Stipulated Order to Extend Time.docx/cah