IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AESC INSURANCE GROUP OF NEW MEXICO,
a New Mexico Unincorporated association,

    Plaintiff,

v.                              No. 12-cv-0017 SMV/CEG

ASPEN INSURANCE UK, LTD.,
an alien insurer

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO EXCEED PAGE LIMITS ON EXHIBITS PURSUANT TO D.N.M.LR-CIV. 10.5

THIS MATTER comes before the Court on Defendant's Stipulated Motion to Exceed Page Limits on Exhibits Pursuant to D.N.M.LR-Civ. 10.5 [Doc. 25] ("Motion").  The Court, being advised that the Motion is unopposed, and being otherwise fully advised in the premises, FINDS that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendant's Motion [Doc. 25] is hereby GRANTED and Defendant Aspen Insurance UK, Limited is permitted to file its Reply in excess of the maximum page limits on exhibits as set forth by D.N.M.LR-Civ. 10.5.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**

1

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

_____
Terry R. Guebert
James C. Wilkey
P.O. Box 93880
Albuquerque, NM 87199-3880
Tel:  (505) 823-2300
tguebert@guebertlaw.com
jwilkey@guebertlaw.com
*Attorneys for Defendant*
*Aspen Insurance UK Limited*

-and-

CLYDE & CO US LLP

_____
Andrew G. Wanger
W. Andrew Miller
Clyde & Co. US LLP
101 Second St., 24th Floor
San Francisco, CA 94105-3672
(415) 365-9800
andrew.wanger@clydeco.us
andy.miller@clydeco.us
*Attorneys for Defendant*
*Aspen Insurance UK Limited*

APPROVED AS TO FORM BY:

MONTGOMERY & ANDREWS, P.A.

          */s/ Telephonically Approved 3/29/2012*
Paul E. Houston, Esq.
Suzanne C. Odom, Esq.
P.O. Box 2307
Sante Fe, NM 87504
(505) 243-5566
*Attorneys for Plaintiff*

*AESC Insurance Group of New Mexico*

F:\Clients\5590.043\Pleadings\Drafts\2012.03.28.Stipulated Order to Extend Time (5590.043).docx/cah