IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AESC INS. GROUP OF NEW MEXICO,

    Plaintiff,

v.    No. 12-cv-0017 SMV/CG

ASPEN INS. UK, LTD.,

    Defendant.

### ORDER GRANTING MOTION TO EXCEED PAGE LIMITS OF EXHIBITS TO PLAINTIFF'S SURREPLY TO DEFENDANT'S MOTION TO COMPEL ARBITRATION

THIS MATTER is before the Court on Plaintiff's Stipulated Motion to Exceed Page Limits on Exhibits Pursuant to D.N.M.LR-Civ. 10.5 [Doc. 33]. The parties have stipulated, and the Court, being otherwise fully advised in the premises, FINDS that the motion is well-taken and should be GRANTED.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Stipulated Motion to Exceed Page Limits on Exhibits Pursuant to D.N.M.LR-Civ. 10.5 [Doc. 33] is **GRANTED**. Plaintiff may file 60 pages of exhibits to its surreply to Defendant's Motion to Compel Arbitration [Doc. 12].

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**