IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AESC INSURANCE GROUP OF
NEW MEXICO, a New Mexico
Unincorporated association,

    Plaintiff,

v.                                          12-cv-00017 SMV/CG

ASPEN INSURANCE UK, LTD.,
An alien insurer

    Defendant.

## ORDER GRANTING EXTENSION OF TIME TO FILE ANSWER TO AMENDED COMPLAINT

THIS MATTER, having come before the Court upon an Unopposed Motion for Extension of Time to File Answer to Amended Complaint for Breach of Contract, Bad Faith, Unfair Trade Practices and Specific Performance filed by the Defendant, (Doc. 43), and the Court having read the pleadings, and being fully advised in the premises, FINDS that the Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Defendant is granted an extension until October 19, 2012 to file its File Answer to Amended Complaint for Breach of Contract, Bad Faith, Unfair Trade Practices and Specific Performance.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

GUEBERT BRUCKNER P.C.

By      */s/ James C. Wilkey*
          Terry R. Guebert
          James C. Wilkey
          P.O. Box 93880
          Albuquerque, NM 87199-3880
          (505) 823-2300
          **tguebert@guebertlaw.com**
          **jwilkey@guebertlaw.com**
          *Attorneys for Defendant*
          *Aspen Insurance UK Limited*

CLYDE & CO US LLP

By *Approved electronically on August 21, 2012*
          Andrew G. Wanger
          W. Andrew Miller
          101 Second St., 24th Floor
          San Francisco, CA 94105-3672
          (415) 365-9800
          **andrew.wanger@clydeco.us**
          **andy.miller@clydeco.us**
          *Attorneys for Defendant*
          *Aspen Insurance UK Limited*

APPROVED AS TO FORM BY:

MONTGOMERY & ANDREWS, P.A.

By *Approved electronically on August 21, 2012*
          Paul E. Houston, Esq.
          Suzanne C. Odom, Esq.
          P.O. Box 2307
          Santa Fe, NM 87504
          (505) 243-5566
          *Attorneys for Plaintiff*
          *AESC Insurance Group of*
          *New Mexico*