IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

AESC INSURANCE GROUP OF
NEW MEXICO, a New Mexico
Unincorporated association,

    Plaintiff,

v.                                                                                     12-cv-00017 SMV/CG

ASPEN INSURANCE UK, LTD.,
An alien insurer

    Defendant.

### ORDER GRANTING EXTENSION OF TIME AND STAY OF PENDING DISCOVERY DEADLINES

**THIS MATTER** comes before the Court upon an *Unopposed Motion for Extension of Time and Stay of Pending Discovery Deadlines* filed by the Defendant, and the Court having read the filings, and being fully advised in the premises, **FINDS** that the Motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Parties are granted an extension until November 19, 2012 to meet and confer and December 7, 2012 to file a Joint Scheduling Report.

_____
THE HONORABLE CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE